# EXHIBIT B

Substitute for Form PTO-1595 | Page 1 of 2

# Recordation Form Cover Sheet
## PATENTS ONLY

Attorney's Docket No. 0055676-000004

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

1. **Name of conveying party(ies):**
   HYDRO-QUÉBEC

2. **Name and address of receiving party(ies):**

   HYDRO-QUÉBEC
   75, Boul, René-Lévesque Ouest
   Montréal, Québec, H2Z 1A4
   CANADA

   and

   CNRS
   3, Rue Michel-Ange
   75016 Paris Cedex 16
   FRANCE

   and

   UNIVERSITÉ DE MONTRÉAL
   2900, Boulevard Edouard-Montpetit
   Montréal, Québec H3T 1J4
   CANADA

3. **Nature of Conveyance/Execution Date(s):**
   Execution Date(s): March 9, 2007

   ☒ Assignment                             ☐ Executive Order 9424 Confirmatory License
   ☐ Security Agreement                     ☐ Merger
   ☐ Joint Research Agreement               ☐ Change of Name
   ☐ Government Interest Agreement
   ☐ Other: _____

4. **Application or patent number(s):**
   A. Patent Application No.(s)              B. Patent No.(s)
      10/362,763                                [List Patent Numbers here]

   ☐ This document is being filed together with a new application.

5. **Name and address to whom correspondence concerning document should be mailed:**
   Name: Travis D. Boone
   Address: Buchanan Ingersoll & Rooney PC
            Customer Number 21839
            P.O. Box 1404
            Alexandria, VA 22313-1404

6. **Total number of applications and patents involved:** 1

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O. Box 1450, Alexandria, VA 22313-1450
PATENT
PAGE 1/4 * RCVD AT 3/13/2007 3:11:46 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-5/17 * DNIS:2730140 * CSID:703 836 7419 * DURATION (mm-ss):02-34
REEL: 019019 FRAME: 0134

Substitute for Form PTO-1595

Page 2 of 2

## Recordation Form Cover Sheet
## PATENTS ONLY

Attorney's Docket No. 0055676-000004

PATENT

7. Total fee (37 CFR 1.21(h) & 3.41) $ 40

☐ Authorized to be charged by credit card. PTO Form 2038 attached.
☒ Authorized to be charged to deposit account 02-4800
☐ Enclosed.
☐ None required (gov't interest not affecting title)

8. Signature: _S-D. Boone_  52,635   March 13, 2007
   Signature              Reg. No.  Date

   Travis D. Boone
   Name of Person Signing

   Total number of pages including cover sheet, attachments, and documents: 4

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O. Box 1450, Alexandria, VA 22313-1450

Attorney Docket No. 0055676-000004
Page 1 of 2

# ASSIGNMENT

THIS ASSIGNMENT, by HYDRO-QUÉBEC, a corporation of CANADA and having its principal place of business at 75, BOUL. RENÉ-LÉVESQUE OUEST, MONTRÉAL, QUÉBEC, H2Z 1A4, CANADA (hereinafter referred to as "the Assignor"), witnesseth:

WHEREAS, the Assignor is the owner of certain new and useful improvements set forth in U.S. Patent 10/362,763; and

WHEREAS, HYDRO-QUÉBEC, a corporation of CANADA and having its principal place of business at 75, BOUL. RENÉ-LÉVESQUE OUEST, MONTRÉAL, QUÉBEC, H2Z 1A4, CANADA , CNRS, a corporation of FRANCE and having its principal place of business at 3, RUE MICHEL-ANGE, 75016 PARIS CEDEX 16, FRANCE and UNIVERSITÉ DE MONTRÉAL, a corporation of CANADA and having its principal place of business at 2900, BOULEVARD EDOUARD-MONTPETIT, MONTRÉAL, QUÉBEC H3T 1J4, CANADA (hereinafter referred to as "the Assignees"), are desirous of jointly acquiring the entire right, title and interest in and to said inventions, the right to file applications on said inventions and the entire right, title and interest in and to any applications, including provisional applications for Letters Patent of the United States or other countries claiming priority to said application, and in and to any Letters Patent or Patents, United States or foreign, to be obtained therefor and thereon, including extensions and revision thereof.

NOW, THEREFORE, for good and sufficient consideration, the receipt of which is hereby acknowledged, the Assignor has sold, assigned, transferred, and set over, and by these presents does sell, assign, transfer, and set over, unto the Assignees, their successors, legal representatives, and assigns the entire right, title, and interest in and to the above-mentioned inventions, the right to file applications on said inventions and the entire right, title and interest in and to any applications for Letters Patent of the United States or other countries claiming priority to said application, and any and all Letters Patent or Patents of the United States of America and all foreign countries that may be granted therefor and thereon, and in and to any and all applications claiming priority to said applications, divisions, continuations, and continuations-in-part of said applications, and reissues and extensions of said Letters Patent or Patents, and all rights under the International Convention for the Protection of Industrial Property, the same to be held and enjoyed by the Assignees, for their own use and behoof and the use and behoof of their successors, legal representatives, and assigns, to the full end of the term or terms for which Letters Patent or Patents may be granted as fully and entirely as the same would have been held and enjoyed by the Assignor had this sale and assignment not been made;

AND for the same consideration, the Assignor hereby covenants and agrees to and with the Assignees, their successors, legal representatives, and assigns, that, at the time of

Buchanan Ingersoll & Rooney PC                                              (7/06)
Attorneys & Government Relations Professionals

**PATENT**

Application No. 10/362,763
Attorney Docket No. 0055676-000004
Page 2 of 2

execution and delivery of these presents, the Assignor is the sole and lawful owner of the entire right, title, and interest in and to the inventions set forth in said applications and said applications, including provisional applications, above-mentioned, and that the same are unencumbered, and that the Assignor has good and full right and lawful authority to sell and convey the same in the manner herein set forth.

AND for the same consideration, the Assignor hereby covenants and agrees to and with the Assignees, their successors, legal representatives, and assigns that the Assignor will, whenever counsel of the Assignees, or the counsels of their successors, legal representatives, and assigns, shall advise that any proceeding in connection with said inventions or said applications for Letters Patent or Patents, or any proceeding in connection with Letters Patent or Patents for said inventions in any country, including interference proceedings, is lawful and desirable, or that any application claiming priority to said application, division, continuation, or continuation-in-part of any applications for Letters Patent or Patents, or any reissue or extension of any Letters Patent or Patents to be obtained thereon, is lawful and desirable, sign all papers and documents, take all lawful oaths, and do all acts necessary or required to be done for the procurement, maintenance, enforcement and defense of Letters Patent or Patents for said inventions, without charge to the Assignees, their successors, legal representatives, and assigns, but at the cost and expense of the Assignees, their successors, legal representatives, and assigns;

AND the Assignor hereby requests the Director of the United States Patent and Trademark Office to issue any and all said Letters Patent of the United States to the Assignees, as the Assignees of said inventions and the Letters Patent to be issued thereon for the joint use and behoof of the Assignees, their successors, legal representatives, and assigns.

HYDRO-QUÉBEC

Date: March 9, 2007

By: _____

Charles Gagnon

Title: Director - Technology and Business Develpment

Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

PATENT