# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ADVANCED LITHIUM ELECTROCHEMISTRY (CAYMAN) CO. LTD., and ADVANCED LITHIUM ELECTROCHEMISTRY CO., LTD., <br><br> Declaratory Judgment Plaintiffs, <br><br> v. <br><br> HYDRO-QUEBEC; CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE; UNIVERSITE DE MONTREA; and LIFEPO4+C LICENSING AG, <br><br> Declaratory Judgment Defendants. | Civil Action No. 1:24-cv-01421 |

## PLAINTIFF ADVANCED LITHIUM ELECTROCHEMISTRY (CAYMAN) CO. LTD. FINANCIAL DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia, Plaintiff Advanced Lithium Electrochemistry (Cayman) Co. Ltd. ("Advance Lithium Cayman"), hereby submits that Advance Lithium Cayman is a publicly-traded corporation on the Taipei Exchange (TPEx), a market in Taiwan for buyers and sellers of securities.

Advance Lithium Cayman is headquartered in Taiwan and has no parent, subsidiary, or affiliate entity that has issued stock or debt securities. No publicly held entity (corporate or otherwise) owns 10% or more of Advance Lithium Cayman's stock.

Dated: August 14, 2024

Respectfully submitted,

*/s/ Bradford C. Schulz*
Bradford C. Schulz (VA Bar No. 91,057)
 bradford.schulz@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
 **GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Ming-Tao Yang (*pro hac vice* forthcoming)
 ming.yang@finnegan.com
Jeffrey D. Smyth (*pro hac vice* forthcoming)
 jeffrey.smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
 **GARRETT & DUNNER, LLP**
Stanford Research Park
3300 Hillview Ave.
Palo Alto, CA 94304
Telephone: (650) 849-6600

*Attorneys for Plaintiffs,*
*Advanced Lithium Electrochemistry (Cayman)*
*Co. Ltd. and Advanced Lithium Electrochemistry*
*Co., Ltd.*