# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ADVANCED LITHIUM ELECTROCHEMISTRY (CAYMAN) CO. LTD., and ADVANCED LITHIUM ELECTROCHEMISTRY CO., LTD.,<br><br>    Declaratory Judgment<br>    Plaintiffs,<br><br>    v.<br><br>HYDRO-QUEBEC; CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE; UNIVERSITE DE MONTREA; and LIFEPO4+C LICENSING AG,<br><br>    Declaratory Judgment<br>    Defendants. | Civil Action No. 1:24-cv-01421 |

## PLAINTIFF ADVANCED LITHIUM ELECTROCHEMISTRY CO., LTD.'S FINANCIAL DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia, Plaintiff Advanced Lithium Electrochemistry Co., Ltd. ("Advanced Lithium Taiwan"), hereby submits that its parent company Advanced Lithium Electrochemistry (Cayman) Co. Ltd. ("Advanced Lithium Cayman"), a co-plaintiff in this case, is a publicly-traded corporation on the Taipei Exchange (TPEx), a market in Taiwan for buyers and sellers of securities.

Advanced Lithium Taiwan is headquartered in Taiwan, and has no other parent, subsidiary, or affiliate entity that has issued stock or debt securities. Other than Advanced Lithium Cayman , no other publicly held entity (corporate or otherwise) owns 10% or more of Advance Lithium Taiwan's stock.

Dated: August 14, 2024

Respectfully submitted,

*/s/ Bradford C. Schulz*
Bradford C. Schulz (VA Bar No. 91,057)
  bradford.schulz@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190
Telephone:  (571) 203-2700
Facsimile:   (202) 408-4400

Ming-Tao Yang (*pro hac vice* forthcoming)
  ming.yang@finnegan.com
Jeffrey D. Smyth (*pro hac vice* forthcoming)
  jeffrey.smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
Stanford Research Park
3300 Hillview Ave.
Palo Alto, CA 94304
Telephone: (650) 849-6600

*Attorneys for Plaintiffs,*
*Advanced Lithium Electrochemistry (Cayman)*
*Co. Ltd. and Advanced Lithium Electrochemistry*
*Co., Ltd.*