IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ADVANCED LITHIUM ELECTROCHEMISTRY (CAYMAN) Co. Ltd., and ADVANCED LITHIUM ELECTROCHEMISTRY CO., LTD., <br><br> *Declaratory Judgment Plaintiffs*, <br><br> v. <br><br> HYDRO-QUEBEC; CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE; UNIVERSITE DE MONTREAL; and LIFEPO4+C LICENSING AG, <br><br> *Declaratory Judgment Defendants*. | Case No. 1:24-cv-01421-RDA-WBP |

## **APPEARANCE OF COUNSEL**

To the clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Hydro-Quebec, Centre National de la Recherche Scientifique, Universite de Montreal, and LiFePO4+C Licensing AG.

Dated: November 18, 2024

/s/ *April E. Weisbruch*
April E. Weisbruch (Va. Bar No. 79191)
500 North Capitol Street, NW
Washington, DC 20001-1531
Tele: 202 756 8000
Fax: 202 756 8087
aweisbruch@mwe.com