IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ADVANCED LITHIUM ELECTROCHEMISTRY (CAYMAN) Co. Ltd., and ADVANCED LITHIUM ELECTROCHEMISTRY CO., LTD., <br><br> *Declaratory Judgment Plaintiffs*, <br><br> v. <br><br> HYDRO-QUEBEC; CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE; UNIVERSITE DE MONTREAL; and LIFEPO4+C LICENSING AG, <br><br> *Declaratory Judgment Defendants*. | Case No. 1:24-cv-01421-RDA-WBP |

## **[PROPOSED] ORDER**

Before the Court is an Unopposed Motion for Extension of Time for Defendants to Answer or Otherwise Respond to Plaintiffs' Complaint, up to and including December 18, 2024. Upon careful consideration and a showing a good cause;

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time for Defendants to Answer or Otherwise Respond to Plaintiffs' Complaint is GRANTED.

IT IS FURTHER ORDERED that Defendants are granted up to and including December 18, 2024 to answer or otherwise respond to Plaintiffs' Complaint.

 

ROSSIE DAVID ALSTON, JR.
UNITED STATES DISTRICT JUDGE

DATED: _____