IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ADVANCED LITHIUM ELECTROCHEMISTRY (CAYMAN) Co. Ltd., and ADVANCED LITHIUM ELECTROCHEMISTRY CO., LTD., <br><br> *Declaratory Judgment Plaintiffs*, <br><br> v. <br><br> HYDRO-QUEBEC; CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE; UNIVERSITE DE MONTREAL; and LIFEPO4+C LICENSING AG, <br><br> *Declaratory Judgment Defendants*. | Case No. 1:24-cv-01421-RDA-WBP |

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and EDVA Local Rule 7.1, Defendant LiFePO4+C Licensing AG, by its undersigned counsel, hereby states that it is a Swiss corporation wholly owned by Johnson Matthey Investments Ltd., a United Kingdom corporation, which in turn is wholly owned by Matthey Holdings Ltd., a United Kingdom corporation, which in turn is wholly owned by Johnson Matthey PLC, a publicly quoted company listed on the London Stock Exchange.

Dated: November 18, 2024

/s/ *April E. Weisbruch*
April E. Weisbruch (Va. Bar No. 79191)
500 North Capitol Street, NW
Washington, DC 20001-1531

Tele: 202 756 8000
aweisbruch@mwe.com

Kevin Meek (*pro hac vice* anticipated)
Aashish Kapadia (*pro hac vice* anticipated)
Christian Tatum (*pro hac vice* anticipated)
300 Colorado Street, Suite 2200
Austin, TX 78701
Tele: 512 726 2600
kmeek@mwe.com
akapadia@mwe.com
ctatum@mwe.com

*Attorneys for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this day, November 18, 2024, I served the foregoing document via the Court's CM/ECF system to all attorneys of record in this action.

/s/ *April E. Weisbruch*
April E. Weisbruch
