IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ADVANCED LITHIUM ELECTROCHEMISTRY (CAYMAN) CO. LTD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HYDRO-QUEBEC, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-01421 (RDA/WBP) |

# **ORDER**

Before the Court is Defendants' Motion for Extension of Time to File Answer. ("Motion"; ECF No. 15.) While the Motion recites that Plaintiffs consent to the relief sought, the body of the Motion fails to address good cause, as required by Rule 6(b) of the Federal Rules of Civil Procedure. As such, it is hereby

ORDERED that the Motion is denied without prejudice to Defendants' ability to refile a motion that satisfies the good cause requirement of Rule 6(b).

Entered this 19th day of November 2024.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia