IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ADVANCED LITHIUM ELECTROCHEMISTRY (CAYMAN) CO. LTD, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:24-cv-01421 (RDA/WBP) ) |
| HYDRO-QUEBEC, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Defendants' Consent Motion for Extension of Time to File Responsive Pleadings. ("Motion"; ECF No. 18.) Based on the parties' agreement, a showing of good cause, and because it is otherwise proper to do so, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Defendants are granted leave to respond to Plaintiffs' Complaint on or before December 18, 2024.

Entered this 20th day of November 2024.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia