IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ADVANCED LITHIUM ELECTROCHEMISTRY (CAYMAN) Co. Ltd., and ADVANCED LITHIUM ELECTROCHEMISTRY CO., LTD., <br><br> *Declaratory Judgment Plaintiffs*, <br><br> v. <br><br> HYDRO-QUEBEC; CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE; UNIVERSITE DE MONTREAL; and LIFEPO4+C LICENSING AG, <br><br> *Declaratory Judgment Defendants*. | Case No. 1:24-cv-01421-RDA-WBP |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE FOR FAILURE TO STATE A CLAIM

Defendants Hydro-Quebec, Centre National de la Recherche Scientifique, Universite de Montreal, and LiFePO4+C Licensing AG (collectively, "Defendants") respectfully file this motion to dismiss with prejudice Plaintiffs' Complaint (Dkt. No. 1). As set forth in the accompanying memorandum of law in support of this Motion, Plaintiffs' Complaint fails to meet the pleading standard requirements for the relief requested therein. WHEREFORE, Defendants request that the Court grant Defendants' Motion and dismiss Plaintiffs' Complaint with prejudice.

Dated: December 18, 2024

/s/ *April E. Weisbruch*
April E. Weisbruch (Va. Bar No. 79191)
500 North Capitol Street, NW
Washington, DC 20001-1531
Tele: 202 756 8000

1

aweisbruch@mwe.com

Kevin Meek (*pro hac vice* pending)
Aashish Kapadia (*pro hac vice* pending)
Christian Tatum (*pro hac vice* pending)
300 Colorado Street, Suite 2200
Austin, TX 78701
Tele: 512 726 2600
kmeek@mwe.com
akapadia@mwe.com
ctatum@mwe.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, December 18, 2024, I served the foregoing document via the Court's CM/ECF system to all attorneys of record in this action.

/s/ *April E. Weisbruch*
April E. Weisbruch
