# EXHIBIT A

| FORM-PTO-1390 (Rev. 9-2001) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTORNEY'S DOCKET NUMBER 032256-006 |
|---|---|---|
| **TRANSMITTAL LETTER TO THE UNITED STATES DESIGNATED/ELECTED OFFICE (DO/EO/US) CONCERNING A FILING UNDER 35 U.S.C. 371** | | U.S. APPLICATION NO. (If known, see 37 C.F.R. 1.5) Unassigned 10/362763 |
| INTERNATIONAL APPLICATION NO. PCT/CA01/01349 | INTERNATIONAL FILING DATE 21 September 2001 | PRIORITY DATE CLAIMED 26 September 2000 |
| TITLE OF INVENTION METHOD FOR SYNTHESIS OF CARBON-COATED REDOX MATERIALS WITH CONTROLLED SIZE | | |
| APPLICANT(S) FOR DO/EO/US Michel ARMAND, Michel GAUTHIER, Jean-Francois MAGNAN and Nathalie RAVET | | |

Applicant herewith submits to the United States Designated/Elected Office (DO/EO/US) the following items and other information:

1. ☒ This is a **FIRST** submission of items concerning a filing under 35 U.S.C. 371.
2. ☐ This is a **SECOND** or **SUBSEQUENT** submission of items concerning a filing under 35 U.S.C. 371.
3. ☐ This is an express request to begin national examination procedures (35 U.S.C. 371(f)). The submission must include items (5), (6), (9) and (21) indicated below.
4. ☒ The US has been elected by the expiration of 19 months from the priority date (Article 31).
5. ☒ A copy of the International Application as filed (35 U.S.C. 371(c)(2))
   - a. ☒ is attached hereto (required only if not communicated by the International Bureau).
   - b. ☐ has been communicated by the International Bureau.
   - c. ☐ is not required, as the application was filed in the United States Receiving Office (RO/US).
6. ☐ An English language translation of the International Application as filed (35 U.S.C. 371(c)(2))
   - a. ☐ is attached hereto.
   - b. ☐ has been previously submitted under 35 U.S.C. 154(d)(4).
7. ☐ Amendments to the claims of the International Application under PCT Article 19 (35 U.S.C. 371(c)(3))
   - a. ☐ are attached hereto (required only if not communicated by the International Bureau).
   - b. ☐ have been communicated by the International Bureau.
   - c. ☐ have not been made; however, the time limit for making such amendments has NOT expired.
   - d. ☐ have not been made and will not be made.
8. ☐ An English language translation of the amendments to the claims under PCT Article 19 (35 U.S.C. 371(c)(3)).
9. ☒ An oath or declaration of the inventor(s) (35 U.S.C. 371(c)(4)). (unexecuted)
10. ☐ An English language translation of the annexes to the International Preliminary Examination Report under PCT Article 36 (35 U.S.C. 371(c)(5)).

**Items 11 to 20 below concern document(s) or information included:**

11. ☒ An Information Disclosure Statement under 37 CFR 1.97 and 1.98.
12. ☒ An assignment document for recording. A separate cover sheet in compliance with 37 CFR 3.28 and 3.31 is included.
13. ☐ A FIRST preliminary amendment.
14. ☐ A SECOND or SUBSEQUENT preliminary amendment.
15. ☐ A substitute specification.
16. ☐ A change of power of attorney and/or address letter.
17. ☐ A computer-readable form of the sequence listing in accordance with PCT Rule 13ter.2 and 37 C.F.R. 1.821 - 1.825.
18. ☐ A second copy of the published international application under 35 U.S.C. 154(d)(4).
19. ☐ A second copy of the English language translation of the international application under 35 U.S.C. 154(d)(4).
20. ☒ Other items or information: International Search Report and International Preliminary Examination Report

**21839**

(11/02)

| U.S. APPLICATION NO. (If known, see 37 CFR 1.5) Unassigned | 10/362763 | INTERNATIONAL APPLICATION NO. PCT/CA01/01349 | ATTORNEY'S DOCKET NUMBER 032256-006 |
|---|---|---|---|
| | | | CALCULATIONS | PTO USE ONLY |

21. ☒ The following fees are submitted:

**Basic National Fee (37 CFR 1.492(a)(1)-(5)):**

Neither international preliminary examination fee (37 CFR 1.482) nor international search fee (37 CFR 1.445(a)(2)) paid to USPTO and International Search Report not prepared by the EPO or JPO .......... $1,060.00 (1611)

International preliminary examination fee (37 CFR 1.482) not paid to USPTO but International Search Report prepared by the EPO or JPO .......... $900.00 (1613)

International preliminary examination fee (37 CFR 1.482) not paid to USPTO but international search fee (37 CFR 1.445(a)(2)) paid to USPTO .......... $750.00 (1610)

International preliminary examination fee (37 CFR 1.482) paid to USPTO but all claims did not satisfy provisions of PCT Article 33(1)-(4) .......... $720.00 (1609)

International preliminary examination fee (37 CFR 1.482) paid to USPTO and all claims satisfied provisions of PCT Article 33(1)-(4) .......... $100.00 (1612)

**ENTER APPROPRIATE BASIC FEE AMOUNT** = $ 900.00

Surcharge of $130.00 (1617) for furnishing the oath or declaration later than 20 ☐ 30 ☐ months from the earliest claimed priority date (37 CFR 1.492(e)).

| Claims | Number Filed | Number Extra | Rate | | |
|---|---|---|---|---|---|
| Total Claims | 68 -20 = | 48 | X $18.00 (1615) | $ | 864.00 |
| Independent Claims | 2 -3 = | 0 | X $84.00 (1614) | $ | 0 |
| Multiple dependent claim(s) (if applicable) | | | + $280.00 (1616) | $ | |

**TOTAL OF ABOVE CALCULATIONS** = $

Reduction for 1/2 for filing by small entity, if applicable (see below). + $ -

**SUBTOTAL** = $ 1,764.00

Processing fee of $130.00 (1618) for furnishing the English translation later than 20 ☐ 30 ☐ months from the earliest claimed priority date (37 CFR 1.492(f)). + $

**TOTAL NATIONAL FEE** = $ 1,764.00

Fee for recording the enclosed assignment (37 CFR 1.21(h)). The assignment must be accompanied by an appropriate cover sheet (37 CFR 3.28, 3.31). **$40.00 (8021)** per property + $ 40.00

**TOTAL FEES ENCLOSED** = $ 1,804.00

Amount to be refunded: $
charged: $

a. ☐ Small entity status is hereby claimed.

b. ☒ A check in the amount of $ 1,804.00 to cover the above fees is enclosed.

c. ☐ Please charge my Deposit Account No. 02-4800 in the amount of $_____ to cover the above fees. A duplicate copy of this sheet is enclosed.

d. ☒ The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment to Deposit Account No. 02-4800. A duplicate copy of this sheet is enclosed.

**NOTE:** Where an appropriate time limit under 37 CFR 1.494 or 1.495 has not been met, a petition to revive (37 CFR 1.137(a) or (b)) must be filed and granted to restore the application to pending status.

SEND ALL CORRESPONDENCE TO:

BURNS, DOANE, SWECKER & MATHIS, L.L.P.
P.O. Box 1404
Alexandria, Virginia 22313-1404
(703) 836-6620

SIGNATURE
Jennifer A. Topmiller
NAME

50,435
REGISTRATION NUMBER

February 26, 2003
DATE

21839

(11/02)

Patent
Attorney's Docket No. 032256-006

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of )
Michel ARMAND et al. ) Group Art Unit: 1745
)
Application No.: 10/362,763 ) Examiner: Unassigned
)
Filed: June 19, 2003 ) Confirmation No.: 3668
)
For: METHOD FOR SYNTHESIS OF )
CARBON-COATED REDOX )
MATERIALS WITH CONTROLLED )
SIZE )
)

### INFORMATION DISCLOSURE STATEMENT TRANSMITTAL LETTER

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Enclosed is an Information Disclosure Statement and accompanying form PTO-1449 for the above-identified patent application.

[X]  No additional fee for submission of an IDS is required.

[ ]  The fee of $180.00 (1806) as set forth in 37 C.F.R. § 1.17(p) is also enclosed.

[ ]  A statement under 37 C.F.R. § 1.97(e) is also enclosed.

[ ]  A statement under 37 C.F.R. § 1.97(e), and the fee of $180.00 (1806) as set forth in 37 C.F.R. § 1.17(p) are also enclosed.

[ ]  Charge $_____ to Deposit Account No. 02-4800 for the fee due.

[ ]  A check in the amount of $_____ is enclosed for the fee due.

The Director is hereby authorized to charge any appropriate fees under 37 C.F.R. §§ 1.16, 1.17 and 1.21 that may be required by this paper, and to credit any overpayment, to Deposit Account No. 02-4800. This paper is submitted in duplicate.

Respectfully submitted,

BURNS, DOANE, SWECKER & MATHIS, L.L.P.

Date: September 4, 2003    By: Jennifer A. Topmiller, Ph.D.
Registration No. 50,435

P.O. Box 1404
Alexandria, Virginia 22313-1404
(703) 836-6620

(05/03)

Patent
Attorney's Docket No. 032256-006

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of )
)
Michel ARMAND et al. ) Group Art Unit: 1745
)
Application No.: 10/362,763 ) Examiner: Unassigned
)
Filed: June 19, 2003 ) Confirmation No.: 3668
)
For: METHOD FOR SYNTHESIS OF )
CARBON-COATED REDOX )
MATERIALS WITH CONTROLLED )
SIZE )

## SECOND INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In accordance with the duty of disclosure as set forth in 37 C.F.R. § 1.56, Applicants hereby submit the following information in conformance with 37 C.F.R. §§ 1.97 and 1.98. Pursuant to 37 C.F.R. § 1.98, a copy of each of the documents cited is enclosed.

U.S. Application No. 10/175,794, filed on June 21, 2002, is enclosed because it corresponds to Canadian Application No. 2,270,771 and Canadian Application No. 2,307,119, which are in French.

The documents are being submitted within three (3) months of the filing or entry of the national stage of this application or before the first Office Action on the merits, whichever is later. Since the documents are being filed within the time period set forth in 37 C.F.R. § 1.97(b) no fee or statement is required.

The Examiner's attention is directed to copending application number 10/362,764, naming Michel ARMAND et al. as inventor(s) and filed on June 19, 2003, and the documents cited therein, a copy of which is enclosed.

(05/03)

Information Disclosure Statement
Application No. 10/362,763
Attorney's Docket No. 032256-006
Page 2

In accordance with M.P.E.P. § 609(c)(2) (August 2001, page 600-131), the Office is requested to return a copy of this Information Disclosure Statement with the Examiner's initials adjacent to this paragraph indicating that this copending application has been considered. By citation to the copending application, confidentiality is not waived and the Office is requested to maintain the confidentiality of the copending application under 35 U.S.C. § 122.

To assist the Examiner, the documents are listed on the attached form PTO-1449. It is respectfully requested that an Examiner-initialed copy of this form be returned to the undersigned.

Respectfully submitted,

BURNS, DOANE, SWECKER & MATHIS, L.L.P.

Date: September 4, 2003    By: *Jennifer Topmiller*
                               Jennifer A. Topmiller, Ph.D
                               Registration No. 50,435

P.O. Box 1404
Alexandria, Virginia 22313-1404
(703) 836-6620

(05/03)

| Substitute for forms 1449A/PTO & 1449B/PTO | ATTORNEY'S DKT NO. 032256-006 | APPLICATION NO. 10/362,763 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | APPLICANT Michel Armand et al. | |
| | FILING DATE June 19, 2003 | GROUP 1745 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Document Number | Kind Code (if known) | Name of Patentee or Applicant of Cited Document | Issue/Publication Date (MM-DD-YYYY) |
|---|---|---|---|---|
| | 5,910,382 | | John B. Goodenough et al. | 06-08-1999 |
| | 20020195591 | A1 | Natalie Ravet et al. | 12-26-2002 |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Document Number | Kind Code (if known) | Country | Date of Publication (MM-DD-YYYY) | Translation Yes | No |
|---|---|---|---|---|---|---|
| | 2,307,119 | | Canada | 04-28-2000 | X | |
| | 2,270,771 | | Canada | 04-30-1999 | X | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Include name of author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
|---|---|
| | Andersson, A.S. et al., "Thermal Stability of LiFePO$_4$-Based Cathodes", Electrochem and Solid-State Letters, 3 (2)66-68 (2000), The Electrochemical Society, Inc. |
| | Ravet, N. et al., "Electroactivity of Natural and Synthetic Triphylite", Proceedings of the 10th IMLB, Como, Italy, May (2000) |
| | Yamada, A. et al. "Optimized LiFePO$_4$ for Lithium Battery Cathodes", J. Electrochem Soc. 148 (3) A224-A229 (2001), The Electrochemical Society, Inc. |
| | Scrosati, B., "Rechargeable Lithium Cells", Modern Batteries, 199-242 (1997) de C.A. Vincent & B. Scrosati publishers, London, Sydney, Auckland |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with M.P.E.P. § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. **SEND TO:** Assistant Commissioner for Patents, Washington, DC 20231.

(11/02)



Patent
Attorney Docket No. 1032256-000006

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of
Michel ARMAND et al
Application No.: 10/362,763
Filing Date: June 19, 2003
Title: METHOD FOR SYNTHESIS OF CARBON-COATED REDOX MATERIALS WITH CONTROLLED SIZE

Group Art Unit: 1745
Examiner: Unassigned
Confirmation No.: 3668

### THIRD
### INFORMATION DISCLOSURE STATEMENT
### TRANSMITTAL LETTER

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Enclosed is a _____**THIRD**_____ Information Disclosure Statement and accompanying form PTO-1449 for the above-identified patent application.

☒ No additional fee for submission of an IDS is required.
☐ The fee of $180.00 (1806) as set forth in 37 C.F.R. § 1.17(p) is also enclosed.
☐ A statement under 37 C.F.R. § 1.97(e) is also enclosed.
☐ A statement under 37 C.F.R. § 1.97(e), and the fee of $180.00 (1806) as set forth in 37 C.F.R. § 1.17(p) are also enclosed.
☐ Charge _____ to Deposit Account No. 02-4800 for the fee due.
☐ A check in the amount of _____ is enclosed for the fee due.
☐ Charge _____ to credit card. Form PTO-2038 is attached.

The Director is hereby authorized to charge any appropriate fees under 37 C.F.R. §§ 1.16, 1.17 and 1.21 that may be required by this paper, and to credit any overpayment, to Deposit Account No. 02-4800. This paper is submitted in duplicate.

Respectfully submitted,

BUCHANAN INGERSOLL PC

P.O. Box 1404
Alexandria, Virginia 22313-1404
(703) 836-6620

By _George F. Lesmes_
George F. Lesmes
Registration No. 19,995

Date: February 21, 2006

## Buchanan Ingersoll PC
ATTORNEYS
Including attorneys from Burns Doane Sweeker & Mathis

(8/05)

Attorney's Docket No. 1032256-000006

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of )
Application No.: 10/362,763 ) Group Art Unit: 1745
Filed: June 19, 2003 ) Examiner: Unassigned
For: METHOD FOR SYNTHESIS OF ) Confirmation No.: 3668
CARBON-COATED REDOX )
MATERIALS WITH CONTROLLED )
SIZE )

## THIRD INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In accordance with the duty of disclosure as set forth in 37 C.F.R. § 1.56, the accompanying information is being submitted in accordance with 37 C.F.R. §§ 1.97 and 1.98.

Pursuant to 37 C.F.R. § 1.98, a copy of each of the documents cited is enclosed.

The documents are being submitted within three (3) months of the filing or entry of the national stage of this application or before the first Office Action on the merits, whichever is later. Since these documents are being filed within the time period set forth in 37 C.F.R. § 1.97(b), no fee or statement is required.

The documents cited herein were cited in copending Application No. 10/362,764, filed on June 19, 2003.

To assist the Examiner, the documents are listed on the attached form PTO-1449. It is respectfully requested that an Examiner initialed copy of this form be returned to the undersigned.

Respectfully submitted,

BUCHANAN INGERSOLL PC

Date February 21, 2006    By: /George F. Lesmes/
                              George F. Lesmes
                              Registration No. 19,995

P.O. Box 1404
Alexandria, Virginia 22313-1404
(703) 836-6620

**Buchanan Ingersoll PC**
ATTORNEYS
Including attorneys from Burns Doane Swecker & Mathis

(8/05)

| Substitute for form 1449A/PTO & 1449B/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **THIRD INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | | | | Application Number | 10/362,763 |
| | | | | Filing Date | June 19, 2003 |
| | | | | First Named Inventor | Michel ARMAND et al. |
| | | | | Examiner Name | Unassigned |
| Sheet | 1 | of | 1 | Attorney Docket Number | 1032256-000006 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Document Number | Kind Code (if known) | Name of Patentee or Applicant of Cited Document | Issue/Publication Date (MM-DD-YYYY) |
|---|---|---|---|---|
| | 6,528,033 | 423/306 | Barker et al. | 03-04-2003 |
| | 4,009,092 | 204/242 | Taylor, Barry Edward | 02-22-1977 |
| | 6,254,844 | 423/306 | Takeuchi et al. | 07-03-2001 |
| | 6,319,632 | 429/218.2 | Amine, Khalil | 11-20-2001 |
| | 6,387,568 | 429/218.1 | Barker et al. | 05-14-2002 |
| | 5,871,866 | 429/231.1 | Barker et al. | 02-16-1999 |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Document Number | Kind Code (if known) | Country | Date of Publication (MM-DD-YYYY) | Translation | Partial Translation | Eng. Lang. Summary | Search Report | IPER | Abstract | Cited in Spec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
|---|---|
| | |
| | |
| | |
| | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with M.P.E.P. § 609. Draw line through citation if not in conformance <u>and</u> not considered. Include copy of this form with next communication to Applicant.

10362763

PLUS Search Results for S/N 10362763, Searched Tue Jul 03 09:09:52 EDT 2007
The Patent Linguistics Utility System (PLUS) is a USPTO automated search system for U.S. Patents from 1971 to the present PLUS is a query-by-example search system which produces a list of patents that are most closely related linguistically to the application searched. This search was prepared by the staff of the Scientific and Technical Information Center, SIRA.

20060127767 58
6835500 40
20030064287 40
6797431 40
6814764 40
20040033360 38
20040086445 38
20070134554 38
6811924 34
20060147809 34
6316659 33
20040111873 31
20060204848 31
6262292 30
6268029 30
6399557 30
6462199 30
6423458 29
4613364 28
6027796 28
4613688 28
4445279 28
4349423 28
4576027 28
6338991 28
5476802 28
6287703 28
6395508 28
5008629 27
6424506 27
4108874 27
6403164 27
20060127750 27
6376333 27
6444025 27
6331475 27
6387568 26
6855462 26
20020168573 26
20050142056 26
6746799 26
7025907 26
7189475 26
20020114754 26
20020182497 26
20030124423 26
20040157126 26
20060014076 26
20060147365 26

20060185154 26

## EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 3 | 10/362764 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/06/01 12:02 |
| L2 | 1008 | ((lithium li) near5 carbon) with (nanopartic$5 partic$5) | US-PGPUB; USPAT; USOCR | OR | ON | 2009/06/01 12:07 |
| L3 | 70 | 2 and (reduc$4 near3 (atmosphere environm$5)) | US-PGPUB; USPAT; USOCR | OR | ON | 2009/06/01 12:09 |
| L6 | 108 | 2 and pyroly$5 | US-PGPUB; USPAT; USOCR | OR | ON | 2009/06/01 12:09 |
| L7 | 18 | 3 and 6 | US-PGPUB; USPAT; USOCR | OR | ON | 2009/06/01 12:10 |
| L8 | 65 | (lithium li) and (C carbon) and (nanopartic$5 partic$5) and reduc$4 and (atmosphere environm$5) and pyroly$5 | FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/06/01 12:12 |
| L9 | 65 | 8 not 7 | FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/06/01 12:12 |
| L10 | 148 | "lifepo.sub.4" near3 (C carbon) | US-PGPUB; USPAT; USOCR | OR | ON | 2009/06/01 12:18 |
| L11 | 48 | 10 and (reduc$4 near3 (atmosphere environm$5)) | US-PGPUB; USPAT; USOCR | OR | ON | 2009/06/01 12:18 |
| L12 | 38 | 10 and pyroly$5 | US-PGPUB; USPAT; USOCR | OR | ON | 2009/06/01 12:19 |
| L13 | 14 | 11 and 12 | US-PGPUB; USPAT; USOCR | OR | ON | 2009/06/01 12:19 |
| L14 | 0 | "lifepo.sub.4" near3 (C carbon) | FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/06/01 12:20 |
| L15 | 0 | "lifepo.sub.4" and (C carbon) | FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/06/01 12:20 |
| L17 | 116 | 2 and "423"/$.ccls. | US-PGPUB; USPAT; USOCR | OR | ON | 2009/06/01 12:21 |

| L18 | 71 | 17 and (@pd<"20000926" or @ad<"20000926" or @prad<"20000926" or @rlad<"20000926") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/06/01 12:21 |

**6/1/2009 12:21:57 PM**
C:\ Documents and Settings\ tnguyen89\ My Documents\ EAST\ Workspaces\ 2007\ nvt armand 10362763.wsp


UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/362,763 | 10/13/2009 | 7601318 | 0055676-000004 | 3668 |

21839          7590     09/23/2009
BUCHANAN, INGERSOLL & ROONEY PC
POST OFFICE BOX 1404
ALEXANDRIA, VA 22313-1404

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 565 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Michel Armand, Quebec, CA;
Michel Gauthier, Quebec, CANADA;
Jean-Francois Magnan, Quebec, CANADA;
Nathalie Ravet, Quebec, CANADA;

IR103 (Rev. 11/05)