# EXHIBIT B

| FORM-PTO-1390 (Rev. 9-2001) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTORNEY'S DOCKET NUMBER |
|---|---|---|
| | TRANSMITTAL LETTER TO THE UNITED STATES DESIGNATED/ELECTED OFFICE (DO/EO/US) CONCERNING A FILING UNDER 35 U.S.C. 371 | 032256-007 |
| | | U.S. APPLICATION NO. (If known, see 37 C.F.R. 1.5) Unassigned 10/362764 |
| INTERNATIONAL APPLICATION NO. PCT/CA01/01350 | INTERNATIONAL FILING DATE 21 September 2001 | PRIORITY DATE CLAIMED 26 September 2000 |

TITLE OF INVENTION
SYNTHESIS METHOD FOR CARBON MATERIAL BASED ON $Li_xM_{1-y}M'_y(XO_4)_n$

APPLICANT(S) FOR DO/EO/US
Michel ARMAND, Michel GAUTHIER, Jean-Francois MAGNAN, and Nathalie RAVET

Applicant herewith submits to the United States Designated/Elected Office (DO/EO/US) the following items and other information:

1. ☒ This is a **FIRST** submission of items concerning a filing under 35 U.S.C. 371.
2. ☐ This is a **SECOND** or **SUBSEQUENT** submission of items concerning a filing under 35 U.S.C. 371.
3. ☐ This is an express request to begin national examination procedures (35 U.S.C. 371(f)). The submission must include items (5), (6), (9) and (21) indicated below.
4. ☒ The US has been elected by the expiration of 19 months from the priority date (Article 31).
5. ☒ A copy of the International Application as filed (35 U.S.C. 371(c)(2))
   a. ☒ is attached hereto (required only if not communicated by the International Bureau).
   b. ☐ has been communicated by the International Bureau.
   c. ☐ is not required, as the application was filed in the United States Receiving Office (RO/US).
6. ☐ An English language translation of the International Application as filed (35 U.S.C. 371(c)(2))
   a. ☐ is attached hereto.
   b. ☐ has been previously submitted under 35 U.S.C. 154(d)(4).
7. ☒ Amendments to the claims of the International Application under PCT Article 19 (35 U.S.C. 371(c)(3))
   a. ☐ are attached hereto (required only if not communicated by the International Bureau).
   b. ☐ have been communicated by the International Bureau.
   c. ☐ have not been made; however, the time limit for making such amendments has NOT expired.
   d. ☒ have not been made and will not be made.
8. ☐ An English language translation of the amendments to the claims under PCT Article 19 (35 U.S.C. 371(c)(3)).
9. ☒ An oath or declaration of the inventor(s) (35 U.S.C. 371(c)(4)). (unexecuted)
10. ☐ An English language translation of the annexes to the International Preliminary Examination Report under PCT Article 36 (35 U.S.C. 371(c)(5)).

Items 11 to 20 below concern document(s) or information included:

11. ☒ An Information Disclosure Statement under 37 CFR 1.97 and 1.98.
12. ☒ An assignment document for recording. A separate cover sheet in compliance with 37 CFR 3.28 and 3.31 is included.
13. ☐ A FIRST preliminary amendment.
14. ☐ A SECOND or SUBSEQUENT preliminary amendment.
15. ☐ A substitute specification.
16. ☐ A change of power of attorney and/or address letter.
17. ☐ A computer-readable form of the sequence listing in accordance with PCT Rule 13ter.2 and 37 C.F.R. 1.821 - 1.825.
18. ☐ A second copy of the published international application under 35 U.S.C. 154(d)(4).
19. ☐ A second copy of the English language translation of the international application under 35 U.S.C. 154(d)(4).
20. ☒ Other items or information:
    English translation of International Search Report



21839

(11/02)

| | | | | | |
|---|---|---|---|---|---|
| U.S. APPLICATION NO. (If known, see 37 CFR 1.5) Unassigned 10/362764 | | INTERNATIONAL APPLICATION NO. PCT/CA01/01350 | | ATTORNEY'S DOCKET NUMBER 032256-007 | |

DT17 Rec'd PCT/PTO 2 6 FEB 2003

| | CALCULATIONS | PTO USE ONLY |
|---|---|---|
| 21. ☒ The following fees are submitted: | | |

**Basic National Fee (37 CFR 1.492(a)(1)-(5)):**

Neither international preliminary examination fee (37 CFR 1.482) nor international search fee (37 CFR 1.445(a)(2)) paid to USPTO and International Search Report not prepared by the EPO or JPO ......... $1,060.00 (1611)

International preliminary examination fee (37 CFR 1.482) not paid to USPTO but International Search Report prepared by the EPO or JPO ......... $900.00 (1613)

International preliminary examination fee (37 CFR 1.482) not paid to USPTO but international search fee (37 CFR 1.445(a)(2)) paid to USPTO ......... $750.00 (1610)

International preliminary examination fee (37 CFR 1.482) paid to USPTO but all claims did not satisfy provisions of PCT Article 33(1)-(4) ......... $720.00 (1609)

International preliminary examination fee (37 CFR 1.482) paid to USPTO and all claims satisfied provisions of PCT Article 33(1)-(4) ......... $100.00 (1612)

**ENTER APPROPRIATE BASIC FEE AMOUNT =** $ 900.00

Surcharge of $130.00 (1617) for furnishing the oath or declaration later than 20 ☐ 30 ☐ months from the earliest claimed priority date (37 CFR 1.492(e)).   $

| Claims | Number Filed | Number Extra | Rate | | |
|---|---|---|---|---|---|
| Total Claims | 64 -20 = | 44 | X $18.00 (1615) | $ 792.00 | |
| Independent Claims | 5 -3 = | 2 | X $84.00 (1614) | $ 168.00 | |
| Multiple dependent claim(s) (if applicable) | | | + $280.00 (1616) | $ | |

**TOTAL OF ABOVE CALCULATIONS =** $ 1,860.00

Reduction for 1/2 for filing by small entity, if applicable (see below).  + $ -

**SUBTOTAL =** $ 1,860.00

Processing fee of $130.00 (1618) for furnishing the English translation later than 20 ☐ 30 ☐ months from the earliest claimed priority date (37 CFR 1.492(f)).   + $

**TOTAL NATIONAL FEE =** $ 1,860.00

Fee for recording the enclosed assignment (37 CFR 1.21(h)). The assignment must be accompanied by an appropriate cover sheet (37 CFR 3.28, 3.31). $40.00 (8021) per property  + $ 40.00

**TOTAL FEES ENCLOSED =** $ 1,900.00

Amount to be refunded: $
charged: $

a. ☐ Small entity status is hereby claimed.
b. ☒ A check in the amount of $ 1,900.00 to cover the above fees is enclosed.
c. ☐ Please charge my Deposit Account No. 02-4800 in the amount of $_____ to cover the above fees. A duplicate copy of this sheet is enclosed.
d. ☒ The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment to Deposit Account No. 02-4800. A duplicate copy of this sheet is enclosed.

NOTE: Where an appropriate time limit under 37 CFR 1.494 or 1.495 has not been met, a petition to revive (37 CFR 1.137(a) or (b)) must be filed and granted to restore the application to pending status.

SEND ALL CORRESPONDENCE TO:

BURNS, DOANE, SWECKER & MATHIS, L.L.P.
P.O. Box 1404
Alexandria, Virginia 22313-1404
(703) 836-6620

*Jennifer Topmiller*
(SIGNATURE)
Jennifer A. Topmiller, Ph.D.
NAME
50,435
REGISTRATION NUMBER
February 26, 2003
DATE

21839

(11/02)



Patent
Attorney's Docket No. 032256-007

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of )
)
Michel ARMAND et al. ) Group Art Unit: 1745
)
Application No.: 10/362,764 ) Examiner: Unassigned
)
Filed: June 19, 2003 ) Confirmation No.: 3670
)
For: SYNTHESIS METHOD FOR CARBON )
MATERIAL BASED ON $LI_xM_{1-y}(XO_4)_N$ )
)
)

## SECOND
## INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In accordance with the duty of disclosure as set forth in 37 C.F.R. § 1.56, Applicants hereby submit the following information in conformance with 37 C.F.R. §§ 1.97 and 1.98. Pursuant to 37 C.F.R. § 1.98, a copy of each of the documents cited is enclosed.

U.S. Application No. 10/175,794, filed on June 21, 2002, is enclosed because it corresponds to Canadian Application No. 2,270,771 and Canadian Application No. 2,307,119, which are in French.

The documents are being submitted within three (3) months of the filing or entry of the national stage of this application or before the first Office Action on the merits, whichever is later. Since the documents are being filed within the time period set forth in 37 C.F.R. § 1.97(b) no fee or statement is required.

The Examiner's attention is directed to copending application number 10/362,763, naming as inventor(s) Michel Armand et al., and filed on June 19, 2003, and the documents cited therein, a copy of which is enclosed.

In accordance with M.P.E.P. § 609(c)(2) (August 2001, page 600-131), the Office is requested to return a copy of this Information Disclosure Statement with the Examiner's

(02/03)

**initials adjacent to this paragraph indicating that this copending application has been considered. By citation to the copending application, confidentiality is not waived and the Office is requested to maintain the confidentiality of the copending application under 35 U.S.C. § 122.**

To assist the Examiner, the documents are listed on the attached form PTO-1449. It is respectfully requested that an Examiner-initialed copy of this form be returned to the undersigned.

Respectfully submitted,

BURNS, DOANE, SWECKER & MATHIS, L.L.P.

Date: September 4, 2003

By: *Jennifer Topmiller*
Jennifer A. Topmiller, Ph.D.
Registration No. 50,435

P.O. Box 1404
Alexandria, Virginia 22313-1404
(703) 836-6620

| Substitute for forms 1449A/PTO & 1449B/PTO | ATTORNEY'S DKT NO. 032256-007 | APPLICATION NO. 10/362,764 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | APPLICANT Michel Armand et al. | |
| | FILING DATE June 19, 2003 | GROUP 1745 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Document Number | Kind Code (if known) | Name of Patentee or Applicant of Cited Document | Issue/Publication Date (MM-DD-YYYY) |
|---|---|---|---|---|
| | 5,910,382 | | John B. Goodenough et al. | 06-08-1999 |
| | 20020195591 | A1 | Natalie Ravet et al. | 12-26-2002 |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Document Number | Kind Code (if known) | Country | Date of Publication (MM-DD-YYYY) | Translation Yes | No |
|---|---|---|---|---|---|---|
| | 2,307,119 | | Canada | 04-28-2000 | X | |
| | 2,270,771 | | Canada | 04-30-1999 | X | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Include name of author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
|---|---|
| | Andersson, A.S. et al., "Thermal Stability of $LiFePO_4$-Based Cathodes", Electrochem and Solid-State Letters, 3 (2) 66-68 (2000), The Electrochemical Society, Inc. |
| | Ravet, N., et al., "Electroactivity of Natural and Synthetic Triphylite", Proceedings of the 10th IMLB, Como, Italy, May (2000) |
| | Yamada, A. et al., "Optimized $LiFePO_4$ for Lithium Battery Cathodes", J. Electrochem Soc. 148 (3) A224-A229 (2001), The Electrochemical Society, Inc. |
| | Scrosati, B., "Rechargeable Lithium Cells", Modern Batteries, 199-242 (1997) de C.A. Vincent & B. Scrosati publishers, London, Sydney, Auckland (1997) |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with M.P.E.P. § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. **SEND TO:** Assistant Commissioner for Patents, Washington, DC 20231.

(11/02)