# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ADVANCED LITHIUM ELECTROCHEMISTRY (CAYMAN) Co. Ltd., and ADVANCED LITHIUM ELECTROCHEMISTRY CO., LTD., <br><br>Declaratory Judgment Plaintiffs, <br><br>v. <br><br>HYDRO-QUEBEC; CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUES; UNIVERSITE DE MONTREAL; and LIFEPO4+C LICENSING AG, <br><br>Declaratory Judgment Defendants. | Case No. 1:24-cv-01421-RDA-WBP |

## SUPPLEMENT TO MOTION TO APPEAR PRO HAC VICE

Counsel for Plaintiffs respectfully supplement their motion to this Court for admission *pro hac vice* of Mingtao Yang to include the following additional federal district courts in which he has been admitted and is in good standing:

U.S. District Court for the Northern District of California

U.S. District Court for the Central District of California

U.S. District Court for the Southern District of California

Dated: January 9, 2025               Respectfully submitted,

                                     */s/ Bradford C. Schulz*
                                     Bradford C. Schulz (VA Bar No. 91,057)
                                     bradford.schulz@finnegan.com
                                     **FINNEGAN, HENDERSON, FARABOW,
                                     GARRETT & DUNNER, LLP**

1875 Explorer Street, Suite 800
Reston, VA 20190
Phone: (571) 203-2700
Fax: (202) 408-4400

Ming-Tao Yang (*pro hac vice* forthcoming)
ming.yang@finnegan.com
Jeffrey D. Smyth (*pro hac vice*)
jeffrey.smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
Stanford Research Park
3300 Hillview Ave.
Palo Alto, CA 94304
Telephone: (650) 849-6783

**ATTORNEYS FOR PLAINTIFFs**
**Advanced Lithium Electrochemistry (Cayman) Co. Ltd. and Advanced Lithium Electrochemistry Co., Ltd.**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to all counsel of record who have appeared in this case.

*/s/ Bradford C. Schulz*
Bradford C. Schulz