IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ADVANCED LITHIUM ELECTROCHEMISTRY (CAYMAN) Co. Ltd., and ADVANCED LITHIUM ELECTROCHEMISTRY CO., LTD., <br><br> *Declaratory Judgment Plaintiffs*, <br><br> v. <br><br> HYDRO-QUEBEC; CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE; UNIVERSITE DE MONTREAL; and LIFEPO4+C LICENSING AG, <br><br> *Declaratory Judgment Defendants*. | Case No. 1:24-cv-01421-RDA-WBP |

## [PROPOSED] ORDER

Before the Court is Defendants' Renewed Motion to Dismiss Plaintiffs' Complaint with Prejudice for Failure to State a Claim.

For the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' Renewed Motion to Dismiss Plaintiffs' Complaint with Prejudice for Failure to State a Claim is **GRANTED** and the claims in Plaintiffs' First Amended Complaint are hereby **DISMISSED** with **PREJUDICE**.

_____
ROSSIE DAVID ALSTON, JR.
UNITED STATES DISTRICT JUDGE

DATED: _____