IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ADVANCED LITHIUM ELECTROCHEMISTRY (CAYMAN) Co. Ltd., and ADVANCED LITHIUM ELECTROCHEMISTRY CO., LTD.,<br><br>*Declaratory Judgment Plaintiffs*,<br><br>v.<br><br>HYDRO-QUEBEC; CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE; UNIVERSITE DE MONTREAL; and LIFEPO4+C LICENSING AG,<br><br>*Declaratory Judgment Defendants*. | Case No. 1:24-cv-01421-RDA-WBP |

## JOINT NOTICE REGARDING HEARING AND SUBMISSION WITHOUT ORAL ARGUMENT

Pursuant to Local Civil Rule 7(E), Plaintiffs Advanced Lithium Electrochemistry (Cayman) Co., Ltd. and Advanced Lithium Electrochemistry Co., Ltd. (collectively, "Plaintiffs") and Defendants Hydro-Quebec, Centre National de la Recherche Scientifique, Universite de Montreal, and LiFePO4+C Licensing AG (collectively, "Defendants") (together with Plaintiffs, the "Parties") provide the Court with this Joint Notice regarding a hearing on Defendants' Renewed Motion to Dismiss Plaintiffs' Complaint with Prejudice for Failure to State a Claim (Dkt. No. 33) (the "Motion").

PLEASE TAKE NOTICE that Defendants are amenable to the Court deciding Defendants' Motion without oral argument. Plaintiffs request a hearing on the Motion. To the extent the Court desires to set a hearing on Defendants' Motion, the Parties have conferred and are available for a

1

hearing on Wednesday, February 26, 2025 at 10:00 a.m., or as soon thereafter as the Parties may be heard.

| | |
|---|---|
| February 6, 2025 | *Respectfully submitted,* |
| /s/ *Bradford C. Schultz* | /s/ *April E. Weisbruch* |
| Bradford C. Schultz (VA Bar No. 91,057) | April E. Weisbruch (Va. Bar No. 79191) |
| **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** | **MCDERMOTT WILL & EMERY LLP** |
| 1875 Explorer Street, Suite 800 | 500 North Capitol Street, NW |
| Reston, VA 20190 | Washington, DC 20001-1531 |
| Phone: (571) 203-2700 | Tele: 202 756 8000 |
| Fax: (202) 408-4400 | aweisbruch@mwe.com |
| | Kevin Meek (pro hac vice) |
| Ming-Tao Yang (pro hac vice) | Aashish Kapadia (pro hac vice) |
| ming.yang@finnegan.com | Christian Tatum (pro hac vice) |
| Jeffrey D. Smyth (pro hac vice) | **MCDERMOTT WILL & EMERY LLP** |
| jeffrey.smyth@finnegan.com | 300 Colorado Street, Suite 2200 |
| **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** | Austin, TX 78701 |
| 3300 Hillview Ave. Palo Alto, CA 94304 | Tele: 512 726 2600 |
| Telephone: (650) 849-6783 | kmeek@mwe.com |
| ATTORNEYS FOR PLAINTIFFS | akapadia@mwe.com |
| Advanced Lithium Electrochemistry (Cayman) Co. Ltd. and Advanced Lithium Electrochemistry Co., Ltd. | ctatum@mwe.com |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, the foregoing was filed electronically and served on all counsel of record.

*/s/ April E. Weisbruch*
April E. Weisbruch
